PIONEER TOWER OWNERS ASSOCIATION, Respondent, v STATE FARM FIRE & CASUALTY COMPANY et al., Appellants.

Submitted February 17, 2009; decided February 19, 2009

Motion by New York Insurance Association, Inc. et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

SIGURD A. SORENSON, Appellant, v BRIDGE CAPITAL CORP. et al., Respondents.

Submitted December 22, 2008; decided February 19, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Chief Judge LIPPMAN taking no part.

In the Matter of SUSAN H. WILEY, Respondent, v ROGER DAWSON, Appellant.

Submitted December 1, 2008; decided February 19, 2009

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief etc. dismissed as academic. Cross motion for the imposition of sanctions denied.